

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*

*One Saint Andrew's Plaza*
*New York, New York 10007*

March 18, 2013

**BY EMAIL**

The Honorable William H. Pauley, III
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/13

    Re:    United States v. Calvente et al.,
            S3 12 Cr. 732 (WHP)

Dear Judge Pauley:

       As the Court may be aware, the grand jury handed down S3 12 Cr. 732 (WHP) on March 12, 2013. This superseding indictment charges all of the defendants with participating in a conspiracy to distribute narcotics, in violation of 21 U.S.C. § 846, and with discharging firearms in furtherance of the narcotics conspiracy, in violation of 18 U.S.C. § 924(c). I have spoken with Your Honor's Deputy Clerk, who has advised me that the Court is available to hold a pre-trial conference and arraignment in this matter on Wednesday, March 20, 2012 at 3:00 p.m. Accordingly, I respectfully request that Your Honor set a conference on that date and time.

*Application granted.*

**SO ORDERED:**

/s/ William H. Pauley III U.S.D.J.

Respectfully submitted,

PREET BHARARA
United States Attorney

By:    /s/
       Ryan P. Poscablo
       Assistant United States Attorney
       Tel.: (212) 637-2634

cc:    All counsel (By email)