USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
               UNITED STATES OF AMERICA

                       -against-                  12-CR-732 (VEC)

                                              ORDER
             ROBERT CALVENTE,
                            Defendant.

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on December 15, 2020, Mr. Calvente filed a Motion for Compassionate Release, Dkt. 238; and

       WHEREAS on August 13, 2021, Mr. Calvente's case was re-assigned to the undersigned, Dkt. 239;

       IT IS HEREBY ORDERED that the Government must respond to Mr. Calvente's motion by no later than **Friday, September 17, 2021**. In its response, the Government must inform the Court whether Mr. Calvente has received the COVID-19 vaccine. The Government must also file the last two years of Mr. Calvente's medical records as well as his full prison disciplinary and education records. The medical records must be filed under seal; the other records must be filed on ECF.

       IT IS FURTHER ORDERED that the Government must serve a copy of its response papers on Mr. Calvente at the address listed below. The Government must file proof of such service on the docket by no later than **Tuesday, September 21, 2021**.

       IT IS FURTHER ORDERED that Mr. Calvente's reply in support of his motion for compassionate release is due no later than **Friday, October 8, 2021**. To the extent that Mr.

Calvente is not vaccinated against COVID-19, he may include an explanation for that decision in his reply brief.

    The Clerk of Court is respectfully directed to mail a copy of this order to Robert Calvente, Reg. No. 67221-054, USP Leavenworth, U.S. Penitentiary, P.O. Box 1000, Leavenworth, KS 66048, and note the mailing on the docket.

**SO ORDERED.**

**Date:  August 14, 2021**  
       **New York, NY**

                                   **VALERIE CAPRONI**
                                   **United States District Judge**