USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/07/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA            :
                                    :
            -against-               :        12-CR-732 (VEC)
                                    :
ROBERT CALVENTE,                    :        ORDER
                                    :
                    Defendant.      :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 11, 2018, Mr. Calvente was sentenced principally to a term of imprisonment of eighteen years, see J., Dkt. 897;

WHEREAS on November 9, 2023, Defendant filed a motion requesting information regarding whether he was eligible for a sentence reduction pursuant to Amendment 821 to the U.S. Sentencing Guidelines ("Amendment 821"), see Mot., Dkt. 1097, which went into effect on November 1, 2023, and which applies retroactively; see U.S.S.G. §§ 1B1.10, 4A1.1(e), 4C1.1;

WHEREAS on March 6, 2024, the United States Probation Department reported that Defendant is not eligible for a sentence reduction, see Probation Report, Dkt. 287; and

WHEREAS the Court has considered the record in this case.

IT IS HEREBY ORDERED that Defendant is ineligible for a sentence reduction pursuant to Amendment 821 because he did not receive an enhancement for committing the instant offenses while under a criminal justice sentence — precluding him from the status points reduction — nor did he have zero criminal history points — precluding him from the zero-point offender reduction, see Probation Rep., Dkt. 287.

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to close the open motion at Dkt. 289 and to mail a copy of this Order to Robert Calvente, Reg. No. 67221-054, FCI Marianna, 3625 FCI Road Marianna, FL 32446, and to note the mailing on the docket.

**SO ORDERED.**

**Dated: March 7, 2024**
      **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**